IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM O. RIVES, III**                                               **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:04CV117TSL-JCS**

**SPECTRUM HEALTHCARE**
**RESOURCES, INC.**                                              **DEFENDANT**

**O R D E R**

This cause came on this date to be heard upon the report and recommendation of the United States Magistrate Judge, and the court, having fully reviewed the report and recommendation of the United States Magistrate Judge entered in this cause on or about January 17, 2007, and being duly advised in the premises, finds that said report and recommendation should be adopted in the order of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge James C. Sumner entered on or about January 17, 2007, be, and the same is hereby, adopted as the finding of this court, and the court incorporates paragraphs 1 through 5 of the report and recommendation in this order.

IT IS SO ORDERED, this the 30th day of January, 2007.

                                                    /s/ Tom S. Lee
                                                    UNITED STATES DISTRICT JUDGE